UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-MJ-1902-JG

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | :   ORDER FOR DISMISSAL |
| v. | : |
| | : |
| MARCO FRAZIER | : |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Eastern District of North Carolina, hereby dismisses the complaint and warrant against the above-captioned defendant only, for the following reason: since the date the complaint was issued, exculpatory evidence has further developed in this matter.

Respectfully submitted this 25th day of September, 2015.

THOMAS G. WALKER
United States Attorney

BY: /s/ Rudy E. Renfer
BY: RUDY E. RENFER
Assistant United States Attorney
Criminal Division
310 New Bern Ave., Suite 800
Raleigh, NC 27601
Telephone: 919-856-4530
Fax: 919-856-4487
E-mail: rudy.e.renfer@usdoj.gov
State Bar No. 23513

Leave of Court is granted for the filing of the foregoing dismissal.

SO ORDERED. This **30** day of September 2015.

JAMES C. DEVER III
Chief United States District Judge